DIEMER, WHITMAN & CARDOSI, LLP
KATHRYN S. DIEMER, #133977
75 East Santa Clara Street, Suite 290
San Jose, California    95113
Telephone:   (408) 971-6270
Facsimile: (408) 971-6271

ATTORNEYS FOR
**Eric Y. Liang**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO

| | | |
|---|---|---|
| Eric Y. Liang | ) | Case No. C071010 MHP |
| | ) | |
| Plaintiff, | ) | Voluntary  Dismissal |
| | ) | |
| vs. | ) | |
| | ) | |
| SAS Automation, Ltd., | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

NOTICE IS HEREBY GIVEN that pursuant to Federal Rule of Civil Procedure 41(a),
Plaintiff voluntarily dismisses the above captioned action with prejudice.


Dated: May 18, 2007                                    DIEMER, WHITMAN & CARDOSI, LLP


By:/Katie Diemer/_____
Kathryn S. Diemer
Attorneys for Eric Y. Liang


5/21/2007

IT IS SO ORDERED

Judge Marilyn H. Patel

UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

Voluntary Dismissal